David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
    Chapter 7 Trustee



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| PATRICK JAY STEVENS<br>KATHERINE MARIE STEVENS,<br>    Debtor(s) | Bankruptcy No. 09-20043<br>(Chapter 7)<br>Judge R. Kimball Mosier |

## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

   ___ A     The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

   ✔ B     The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| | Ready Money<br>525 S. State Street, Suite 4<br>Clearfield, UT 84015 | $0.18 |
| | Fast Bucks<br>7920 Belt Line Road #600<br>Dallas, TX 75254 | $0.49 |
| | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $2.33 |



Check City $0.23
PO Box 970183
Orem, UT 84097

A check in the amount of $3.23 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED this ___ day of September, 2010

DAVID L. MILLER
Chapter 7 Trustee